CASE NO. 8:23-CR-414-SDM-CPT
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JUAN MANUEL REYES REYES

OCT 6 2026 PM12:14
FILED - USDC - FLMD - TPA

MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 §3582(c)(2) AND U.S.S.G. 511B1.010, BASED ON UPDATED GUIDELINES AND MITIGATING ROLE UNDER U.S.S.G. §3B1.2

The Defendant, Juan Manuel Reyes Reyes, aqppearing pro se, respectfully moves this Honorable Court to reduce his sentence pursuant to 18 U.S.C. §3582(c)(2) and the 2025 Drug Offense Amendment to the United States sentencing guidelines, which was made retroactive by the U.S. Sentencing Commission effective March 1m 2026.

1. Eligibility Under the 2025 Amendment

Defendent was sentenced in 2024 under U.S.S.G §2D1.1 with a base offense level of 36, based on a quantity of 5 kilograms of cocaine. The new Amendment establishes a maximum base offense level (cap) of 32 for defendants who receive a mitigating role adjustment. Although the original sentence did not reflect a role a role adjustment, the Defendant's partidipation was strictly operational and limited.

2. Nature of Participation (Low-level Marine)

Defendant served as a vessel crewmember (Marine Position No. 2). His duties were exclusively manual and operational, involving physical navigation and maintenance under direct orders. Defendant had no decision-making authority, no proprietary interest in the 5kg. cargo, and no knowledge of the organization's logistics. Under the new 2025 standards, a crewmember performing basic tasks generally qualifies for a mitigating role, regardless of the drug quantity. Maintaining a level 27 sentence creates an extraordinary and unwarranted disparity.

3. Request for Retroactive Application

Pursuant to the Commission's vote making this Amendment retroactive as of March 1, 2026, the Defendant is now eligible for a sentence reduction. Defendant's base offense level should be capped at 32, significantly lowering the applicable guideline range.

Given my current sentence of 70 months—which was the low end of the previous level, 27 — I respectfully request that the Court apply the same leniency to my new calculation. I ask the Court to impose asentence at the absolute low-end of the newly-amended guideline range. This request is supported by my exemplary conduct in prison and my successful efforts toward rehabilitation.

4. Request for Counsel

Defendant respectfully requests the appointment of counsel from the Federal Public Defenders Office or the CJA Panel to assist in the formal recalculation of his sentence and to review his eligibility under U.S.S.G. §1B1.10.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Juan Manuel Reyes Reyes
Register Number 12327-506
Elkton FSL
PO Box 10
Lisbon, Ohio 44432

09/21/2026
Date

CERTIFICATE OF SERVICE

I certify that a copy of this letter along with any and all attachments has been made and mailed to the following address:

Clerk of the Court
US Courthouse
801 North Florida Ave., 2nd Floor
Tampa, FL 33602

I ask the Clerk of the Court to file this motion and disseminate this motion to all relevant parties.

Respectfully submitted,

Juan Manuel Reyes Reyes

09/21/2026
Date

NAME: Juan Manuel Reyes Reyes
REG#: 12327506
FSL CORRECTIONAL INSTITUTION ELKTON
P.O. BOX 10
LISBON, OHIO 44432

Screened by
USMS

⇨12327-506⇨
U S Distric Court
801 North Florida Ave. 2nd Floor
Tampa, FL 33602
United States